# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYQUANN BROWN, on behalf of his minor son, J.B.,** | : | Civ. No. 1:23-CV-373 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **LOWER SWATARA TWP POLICE DEP'T, and OFFICER RANDALL T. RICHARDS,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 25th day of August 2023, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendant's motion to dismiss (Doc. 10) is DENIED. IT IS FURTHER ORDERED that the parties are advised to prepare a revised "Joint Case Management Plan" form prescribing a timetable for the litigation of this case. **The completed form**, which is set forth in Appendix A of the local rules, **should be filed on or before September 22, 2023**. Upon receipt of the case management plan, the court will schedule a case management conference, if necessary, or enter a case management order in accordance with the parties' proposed plan.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
